USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___11/15/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

CHRISTOPHER LOADHOLT, on behalf of   :
himself and all others similarly situated,   :
  :
                      Plaintiff,   :        22-CV-8118 (VEC)
  :
          -against-   :         ORDER
  :
SAN DIEGO TRADING COMPANY, INC.,   :
  :
                   Defendant.   :

-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 22, 2022, Plaintiff sued San Diego Trading Company, Inc.,

alleging that Plaintiff was "denied full and equal access to" Defendant's website in violation of

the Americans with Disability Act ("ADA") and the New York City Human Rights Law

("NYCHRL"), *see* Dkt. 1;

WHEREAS on October 21, 2022, Defendant appeared and filed a Motion to Dismiss, *see*

Dkts. 6–9; and

WHEREAS on November 11, 2022, Plaintiff filed an Amended Complaint, *see* Dkt. 11.

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is DENIED as moot.

The Clerk of Court is respectfully directed to terminate the open motion at docket entry 8.

IT IS FURTHER ORDERED that Defendant's deadline to respond to the Amended

Complaint is **December 2, 2023**.

**SO ORDERED.**

_____
Date:  **November 15, 2022**           **VALERIE CAPRONI**
      **New York, NY**          **United States District Judge**