```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
CHRISTOPHER LOADHOLT, on behalf of   :
himself and all others similarly situated,  :
                                                                        :
                                 Plaintiff,   :         22-CV-8118 (VEC)
                                                                        :
               -against-                  :         <u>ORDER</u>
                                                                        :
SAN DIEGO TRADING COMPANY, INC.,   :
                                                                        :
                             Defendant.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on May 4, 2023, the parties called the Undersigned's Chambers regarding a discovery dispute.

       IT IS HEREBY ORDERED that the deadline for fact discovery is extended to **May 31, 2023**.

       IT IS FURTHER ORDERED that the pre-trial conference scheduled for May 19, 2023, is hereby ADJOURNED to **Friday, June 2, 2023 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' joint letter in advance of the conference is due **May 25, 2023**.  The Court refers the parties to docket entry 15 for the joint submission requirements.

**SO ORDERED.**

Date:  May 4, 2023
       New York, NY

                                                         **VALERIE CAPRONI**
                                                         **United States District Judge**