IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/01/2023
```

**CHRISTOPHER LOADHOLT, on behalf of himself and all others similarly situated,**

        **Plaintiff,**

    -v-

**SAN DIEGO TRADING COMPANY, INC.,**

        **Defendant.**

Civil Case Number:  **1:22-cv-08118-VEC**

### ~~[PROPOSED]~~ DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' May 30, 2023 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:22-cv-08118-VEC**, are dismissed without prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS  1   day of June 2023.**

_____
HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE